UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ANTHONY STEWARD,

        Plaintiff,

v.                                                                                    Case No. 11-15070
                                                                                Honorable Denise Page Hood
COMMISSIONER OF
SOCIAL SECURITY,

        Defendant.

_____/

**<u>ORDER ACCEPTING AND ADOPTING THE MAGISTRATE JUDGE'S REPORT AND
RECOMMENDATION AND
GRANTING AGREED MOTION TO REMAND</u>**

        This matter is before the Court on Magistrate Judge Charles E. Binder's Report and Recommendation [Docket No. 16, filed June 20, 2012]. The Commissioner filed an Agreed Motion to Remand asking that the Court remand the case for further proceedings based on evidence of chronic liver disease and HIV infection [Docket No. 15, filed June 18, 2012]. Plaintiff concurred in the motion. The Magistrate Judge found that good cause supported the motion and recommended that the Court remand the case.

        When examining a Magistrate's Report and Recommendation, 28 U.S.C. § 636 governs the standard of review. This Court "shall make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made." 28 U.S.C. § 636(b)(1). This Court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." *Id.* For the reasons stated in the Magistrate

Judge's June 20, 2012 recommendation and report, the Court accepts and adopts the Magistrate's Judge's recommendation in its entirety.

Accordingly,

**IT IS ORDERED** that the Magistrate Judge Charles E. Binder's Report and Recommendation **[Docket No. 16, filed June 20, 2012]** is **ADOPTED** and **ACCEPTED** as this Court's findings of fact and conclusions of law.

**IT IS FURTHER ORDERED** that the Commissioner's Agreed Motion to Remand **[Docket No. 15, filed June 18, 2012]** is **GRANTED**.

**IT IS FURTHER ORDERED** that this action is **REMANDED** to the Commissioner for further proceedings.

                                                          s/Denise Page Hood
                                                          DENISE PAGE HOOD
DATED: June 28, 2012                         United States District Judge

I hereby certify that a copy of the foregoing document was mailed to the attorneys of record on this date, June 28, 2012, by electronic and/or ordinary mail.

                                                          s/Tanya Bankston for LaShawn Saulsberry
                                                        Case Manager, (313) 234-5160