UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ANTHONY STEWARD,

                Case No.     11-15070

          Plaintiff,

                HONORABLE DENISE PAGE HOOD

v.

COMMISSIONER OF SOCIAL
SECURITY,

          Defendant.
_____/

<u>JUDGMENT</u>

For the reasons stated in the Order entered on June 28, 2012, this matter is

REMANDED to the Administrative Law Judge for further proceedings.

                DAVID WEAVER

Dated: June 28, 2012       By: <u>s/ Tanya Bankston</u>
                Deputy Clerk

I hereby certify that a copy of the foregoing document was mailed to the attorneys of record on this date, June 28, 2012, by electronic and/or ordinary mail.

                <u>S/Tanya Bankston for LaShawn Saulsberry</u>
                Case Manager, (313) 234-5160