UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ANTHONY STEWARD,

          Plaintiff,

Case No.     11-15070

HONORABLE DENISE PAGE HOOD

v.

COMMISSIONER OF SOCIAL
SECURITY,

          Defendant.
_____/

## JUDGMENT

For the reasons stated in the Order entered on June 28, 2012, this matter is REMANDED to the Administrative Law Judge for further proceedings.

DAVID WEAVER

Dated: June 28, 2012         By: s/ Tanya Bankston
                                            Deputy Clerk

I hereby certify that a copy of the foregoing document was mailed to the attorneys of record on this date, June 28, 2012, by electronic and/or ordinary mail.

S/Tanya Bankston for LaShawn Saulsberry
Case Manager, (313) 234-5160